```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
```
--------------------------------------------------------

ANTHONY G. GILL,

        Plaintiff,

                            No. 9:02-cv-1460
    v.                    (FJS/RFT)

CHRIS PIDLYPCHAK, Correction Officer and
T.G. DYGERT, Correction Officer,

        Defendants.

--------------------------------------------------------

APPEARANCES:                            OF COUNSEL:

ANTHONY G. GILL
Plaintiff, Pro Se
94-A-8208
Great Meadow Correctional Facility
Box 51
Comstock, New York   12821-0051

HON. ELIOT SPITZER              DOUGLAS GOGLIA, Esq.
Attorney General of the        Asst. Attorney General
 State of New York
Attorney for Defendants
The Capitol
Albany, New York   12224


**FREDERICK J. SCULLIN, JR., S.J.:**

### DECISION AND ORDER

    The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge Randolph F. Treece filed November 20, 2006 and the Court having reviewed the Report-

Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, it is hereby

**ORDERED**, that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed November 20, 2006 is **ACCEPTED** in its entirety, for the reasons stated therein; and it is further

**ORDERED**, that the Order granting Gill's IFP status is **VACATED**; and it is further

**ORDERED**, that Defendants' Letter-Motion seeking dismissal of Gill's Complaint pursuant to 28 U.S.C. § 1915(g) is **GRANTED** unless Gill pays the filing fee of $150.00 within thirty days of this final order.

**IT IS SO ORDERED.**

DATED: December 19, 2006
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge